HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225
Email: HTF@HTFLAWFIRM.COM

JOE OLLINGER (SBN: 285641)
3348 Griffith Park Blvd. #22
Los Angeles, CA 90027
Telephone:  (310) 424-0097

Attorneys for Plaintiff,
STAR FABRICS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation, <br><br>         Plaintiff, <br><br> vs. <br><br> VANITY SHOP OF GRAND FORKS, INC., a North Dakota corporation; and DOES 1 through 10, <br><br>         Defendants. | Case No. 2:14-CV-09189 <br><br> **PLAINTIFF'S COMPLAINT FOR:** <br><br> 1.  COPYRIGHT INFRINGEMENT; <br><br> 2.  VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT; <br><br> <u>Jury Trial Demanded</u> |

Plaintiff STAR Fabrics, INC. ("Plaintiff" or "STAR FABRICS"), by and though its undersigned attorneys, hereby prays to this honorable Court for relief and remedy based on the following:

## INTRODUCTION

Plaintiff creates and obtains unique two-dimensional graphic artworks for use on textiles, which textiles are transacted primarily in the fashion industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit.  Plaintiff's business is predicated on its ownership of these

1

designs and it spends a considerable amount of time and resources creating and obtaining top quality, marketable, and aesthetically-appealing designs. Customers of Plaintiff take design samples with the understanding and agreement that they will utilize only Plaintiff to reproduce said designs should they wish to do so, and will not seek to make minor changes to Plaintiff's proprietary work to reproduce the same elsewhere. This action is brought to recover damages for direct, vicarious, and contributory copyright infringement arising out of the misappropriation of Plaintiff's intellectual property rights in certain of these designs, by Defendants, and each of them.

## JURISDICTION AND VENUE

1.   This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq.*

2.   This Court has federal question jurisdiction under 28 U.S.C. § § 1331(m), 1338 (a-b).

3.   Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.   Plaintiff STAR FABRICS is a corporation organized and existing under the law of the State of California with its principal place of business located at 1440 East Walnut, Los Angeles, California 90011.

5.   Plaintiff is informed and believes and thereon alleges that Defendant VANITY SHOP OF GRAND FORKS, INC. ("VANITY") is a corporation organized and existing under the laws of the State of North Dakota with its principal place of business at 1001 North 25th Street, Fargo, ND 58102, and is doing business in and with the State of California.

6.   Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1 though 3, inclusive, are manufacturers and/or vendors of

2

garments to Defendant, which DOE Defendants have manufactured and/or supplied and are manufacturing and/or supplying garments comprised of fabric printed with Plaintiff's copyrighted design(s) (as hereinafter defined) without Plaintiff's knowledge of consent or have contributed to said infringement.   The true names, whether corporate, individual or otherwise, of Defendants DOES 1-3, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when the same have been ascertained.

7.   Defendant DOES 4 though 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyright, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein.   The true names, whether corporate, individual, or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

8.   Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agents, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts of conduct alleges, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO DESIGN TITLES "61619"

9.   Prior to the conduct complained of herein, Plaintiff **purchased** original source artwork from an art studio and created a multi-element pattern design

3

suitable for printing on textiles.  Plaintiff allocated to this artwork the Internal Design Code "No. 61619" ("Subject Design") (exemplar of which attached hereto as EXHIBIT 1").

10.   Plaintiff applied for copyright registration from the United States Copyright Office and was granted Registration No. VA0001682505 on January 5, 2009 (attached hereto as "EXHIBIT 2").   Plaintiff filed a supplementary registration to correct an error in the entry of information in the original registration, which was made effective October 11, 2011 (also attached in EXHIBIT 2).

11.   Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design to numerous parties in the fashion and apparel industries.

12.   Following this distribution of product bearing the Subject Design, Plaintiff's investigation revealed that and each of them created, manufactured, caused to be manufactured, imported, distributed, and/or sold fabric and/or garments comprised of fabric featuring a design which is identical, or substantially similar, to the Subject Design and/or distributed fabric bearing a design that is identical or substantially similar to the Subject Design and/or garments comprised of such fabric ("Subject Garment"). Said garments include the garment a copy of which is attached hereto as Exhibit 3. (attached hereto as "EXHIBIT 3")

13.   Plaintiff formatted the Subject Design for use on textiles, sampled the Subject Design to prospective customers, and negotiated sales of fabric bearing the Subject Design.

14.   Plaintiff's investigation into the unlawful use of its proprietary designs revealed that Defendant VANITY was purchasing, distributing, and selling for profit garments which infringed the Subject Design ("Exhibit 3")

15.   Plaintiff is informed and believes, and thereon alleges, that Defendant VANITY and the DOE Defendants made, or caused to be made, slight alterations to

**PLAINTIFF'S COMPLAINT**

the Subject Design and had its modified design printed elsewhere, with knowledge that the Subject Design was Plaintiff's proprietary design, and/or with reckless disregard for Plaintiff's valid copyright in the design.

16.     Plaintiff is informed and believes, and thereon alleges, that Defendant VANITY and the DOE Defendants imported into the United States, or caused to be imported into the United States, fabric and/or articles infringing Plaintiff's valid copyright, with knowledge that the Subject Design was Plaintiff's proprietary design, and/or with reckless disregard for Plaintiff's valid copyright in the design.

17.     Plaintiff's investigation into the unlawful use of its proprietary designs further revealed that Defendant VANITY and the DOE Defendants were purchasing, distributing, and selling for profit garments which infringed the Subject Design ("Exhibit 3").

18.     None of the aforementioned transactions in Paragraphs 14 through 17 of this Complaint were authorized by Plaintiff, and all were in violation of Plaintiff's intellectual property rights.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

19.     Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth the allegation contained in the preceding paragraphs of this Complaint.

20.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, accessed the Subject Design through, without limitation, the following: (a) access to Plaintiff's design library; (b) access to authorized or unauthorized reproductions in the possession of other direct and third-party vendors, retail stores, and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; and (c) access to Plaintiff's strike-offs, swatches, paper CADs and samples (d) access to garments in the marketplace manufactured from fabric lawfully printed through Plaintiff.

21.   Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor.  Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Design in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Design.

22.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by importing, creating, making, advertising and/or developing directly infringing and/or derivative works from the Subject Design and by importing, producing, distributing, and/or selling Infringing Garments as described in paragraph 14-17 of this Complaint through their retail stores and through on-line websites.

23.   Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

24.   Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

25.   Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design.  As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design in an amount to be established at trial.

26.   Plaintiff issued cease and desist letters to Defendants, and each of them, and is informed and believes and thereon alleges that, in spite of their receipt of the aforementioned cease and desist demand letters, Defendants, and each of them, continued to sell Subject Garments in violation of Plaintiff's right as the copyright proprietor and owner of Subject Design. Therefore Defendants' acts of

**PLAINTIFF'S COMPLAINT**

copyright infringement as alleged above were, and continue to be, willful, intentional, and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.

27.    Defendants, and each of them, willfully and intentionally misappropriated, palmed-off and/or infringed Plaintiff's copyrighted Subject Designs, which renders Defendants, and each of them, liable for statutory damages as described herein.   Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or contributory Copyright Infringement – Against All Defendants)

28.    Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

29.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, knowingly induced, participated in, aided and abetted in, and resultantly profited from the illegal reproduction, importation, purchase, distribution, advertising and/or sales of product featuring the Subject Design as alleged hereinabove.

30.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct and financial interest in the infringing conduct.

31.    By reason of the Defendants', and each of their, acts of contributory and/or vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established

**PLAINTIFF'S COMPLAINT**

at trial, as well as additional general and special damages in an amount to be established at trial.

32.     Due to Defendants' acts of contributory and/or vicarious copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design.  As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design, in an amount to be established at trial.

33.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have continued to manufacture and/or sell Subject Garments after Plaintiff demanded that they cease and desist from engaging in same. Therefore Defendants' acts of copyright infringement as alleged above were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability  therefore, including statutory damages under Section 504(c)(2) of the Copyright Act in the sum of one hundred fifty thousand dollars ($150,000) per infringement. Further, Defendants', and each of their willful and intentional misappropriation and/or infringement of Plaintiff's copyrighted Subject Design renders Defendants, and each of them, liable for statutory damages as described herein. Within the time permitted by law, Plaintiff will make its election between actual and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

1.  With Respect to Each Claim for Relief

    a.  That Defendants, their agents and servants be enjoined from importing, manufacturing, distributing, advertising, offing for sale, selling or otherwise trafficking in any product that infringes  Plaintiff's copyrights in the Subject Design in any manner;

8

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or if elected, before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 *et seq.*;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 *et seq.*;

d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

e. That Plaintiff be awarded pre-judgment interest as allowed by law;

f. That Plaintiff be awarded the costs of this action; and

g. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

DATED: November 30th, 2014

By: _____
JOE OLLINGER
LAW OFFICES OF H. TROY FARAHMAND
Attorneys for Plaintiff
STAR FABRICS, INC.

9

# EXHIBIT 1



# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-682-505

**Effective date of
registration:**

January 5, 2009

## Title

**Title of Work:** 61617

**Contents Titles:** 61617, 61618, 61619 & 61620

**Nature of Work:** Designed Textile Artwork

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 24, 2008

## Author

**Author:** The Patricia Brandt Company

**Author Created:** 2-Dimensional artwork

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Star Fabrics, Inc.

1440 Walnut Street, Los Angeles, CA, 90011

**Transfer Statement:** Assignment

## Certification

**Name:** Adir Haroni

**Date:** December 30, 2008

**Copyright Office notes:** Regarding title information: First title used to identify collection.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
61617, 61618, 61619 & 61620

Registration Number of the Basic Registration ▼
VA 1-682-505

Year of Basic Registration ▼
2008

Name(s) of Author(s) ▼
The Patricia Brandt Company

Name(s) of Copyright Claimant(s) ▼
Star Fabrics, Inc.

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a    Line Heading or Description Author and Citizen of, or Domiciled in

Incorrect Information as It Appears in Basic Registration ▼

Author: The Patricia Brandt Company    Citizen of: United States of America

Corrected Information ▼

Baxter Fawcett Design Studio    Domiciled in: United Kingdom

Explanation of Correction ▼

Sorry correct author was overlooked, i input agent rather than author.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.    · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of_____ pages

FORM CA RECEIVED

**FORM CA**

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❏

CORRESPONDENCE ❏

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ❏ YES  ❏ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❏ Part B *or* ❏ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Adir Haroni
1440 Walnut Street
Los Angeles, Ca. 90011

Phone ( 213-688-2871            Fax ( 213-688-2874            Email adirh@starfabrics.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification⁴ I, the undersigned, hereby certify that I am the: (Check only one)

❏ author   ☑ owner of exclusive right(s)

❏ other copyright claimant   ❏ duly authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Adir Haroni

Date ▼  10/03/2011

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Star Fabrics, Inc.

Number/Street/Apt ▼
1440 Walnut Street

City/State/ZIP ▼
Los Angeles, Ca., 90011

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to *Register of
   Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print: 07/2006—••,000  Printed on recycled paper

U.S. Government Printing Office: 2006-••••/••,•••



**BRANDT**
PATRICIA    COMPANY
INTERNATIONAL

The Patricia Brandt Company
3244 Dona Maria Dr.
Studio City, CA 91604
323-650-1222
Fax 323-650-2355
E-mail: pat@patriciabrandtcompany.com

INVOICE _____ 21819

DATE: 11/29/07

SOLD TO: _____

_____

_____

_____

TELEPHONE: (   )_____    FAX: (   )_____

| PATTERN NUMBER | DESCIPTION | PRICE |
|---|---|---|
| | | 500.00 × 4 |
| 7624 → #61617 | | |
| 7401 | | |
| 7547 → #61619 | | |
| 7436 | | |

SUB-TOTAL: _____ 2,000.00

TAX: _____

TOTAL AMOUNT DUE IN U.S. DOLLARS: $ _____

TERMS: CHECK WITH ORDER

PLEASE MAKE CHECKS PAYABLE TO: THE PATRICIA BRANDT COMPANY

RESERVATION OF PROPERTY AND CONSEQUENCES
The rights provided for by the assignment hereunder shall only be transferred to the purchaser on the full payment of the agreed sum, i.e. on the proper collection of the price, despite the fact that any risks attached to the design or incurred thereby shall pass to the purchaser as soon as such design is handed over there to. In the event of the right being exploited despite the absence of payment, the purchaser shall be deemed to commit infringement and shall be liable for any legal proceedings provided for by law in respect thereof

SIGNATURE: _____

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-920**



TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

10 - 11 - 2011
Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of Work ▼**
61617, 61618, 61619 & 61620

**Registration Number of the Basic Registration ▼**
VA 1-682-505

**★ Year of Basic Registration ▼**
~~2008~~   2009

**Name(s) of Author(s) ▼**
The Patricia Brandt Company

**Name(s) of Copyright Claimant(s) ▼**
Star Fabrics, Inc.

---

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 2a          Line Heading or Description Author and Citizen of, or Domiciled in

**Incorrect Information as It Appears in Basic Registration ▼**

Author: The Patricia Brandt Company          Citizen of: United States of America

**Corrected Information ▼**

Baxter Fawcett Design Studio          Domiciled in: United Kingdom

**Explanation of Correction ▼**

Sorry correct author was overlooked, I input agent rather than author.

---

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number          Line Heading or Description

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶** · Complete all applicable spaces (D-G) on the reverse side of this page
· See detailed instructions     · Sign the form at Space F

**DO NOT WRITE HERE**
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-682-505

**Effective date of
registration:**

January 5, 2009

## Title

| | |
|---|---|
| **Title of Work:** | 61617 |
| **Contents Titles:** | 61617, 61618, 61619 & 61620 |
| **Nature of Work:** | Designed Textile Artwork |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | November 24, 2008 |

## Author

| | |
|---|---|
| **Author:** | The Patricia Brandt Company |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Star Fabrics, Inc. |
| | 1440 Walnut Street, Los Angeles, CA, 90011 |
| **Transfer Statement:** | Assignment |

## Certification

| | |
|---|---|
| **Name:** | Adir Haroni |
| **Date:** | December 30, 2008 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: First title used to identify collection. |

■ **BRANDT** ■
**PATRICIA** | B | **COMPANY**
**INTERNATIONAL**

The Patricia Brandt Company
3244 Dona Maria Dr.
Studio City, CA 91604
323-650-1222
Fax 323-650-2355
E-mail: pat@patriciabrandtcompany.com

mlue @ star fabrics
.com

INVOICE ___21519___

DATE: _11/24/0 8_

SOLD TO: ___Star Fabrics___

___Darren Keye___

___1440 Walnut St___

___LA          CA          9001___

TELEPHONE: (213) _687 2 87 1_          FAX: ( ) _____

| PATTERN NUMBER | DESCIPTION | PRICE |
|---|---|---|
| 824 → 61617 | | |
| 697 → #61619 | | |

SUB-TOTAL: _2,000.00_

TAX: _165.00_

TOTAL AMOUNT DUE IN U.S. DOLLARS: $ _2165.00_

TERMS: CHECK WITH ORDER

PLEASE MAKE CHECKS PAYABLE TO: THE PATRICIA BRANDT COMPANY

*RESERVATION OF PROPERTY AND CONSEQUENCES*
*The rights provided for by the assignment hereunder shall only be transferred to the purchaser on the full payment of the agreed sum, i.e. on the proper collection of the price, despite the fact that any risks attached to the design or incurred thereby shall pass to the purchaser as soon as such design is handed over there to. In the event of the right being exploited despite the absence of payment, the purchaser shall be deemed to commit infringement and shall be liable for any legal proceedings provided for by law in respect thereof*

SIGNATURE: _____

## ASSIGNMENT OF COPYRIGHTS

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby irrevocably transfers, conveys, and assigns to STAR FABRICS, INC. and its divisions all rights, title, and interest in and to the artwork or designs identified below (the "WORK") and any registrations and copyright applications relating thereto and any renewals and extensions thereof, and in and to all works  based upon, derived from, or incorporating the WORK:

Lou  7624

Don  7401

Dan  7547

St  7436

Including all copyrights and all other rights of any kind throughout the world, together with all claims and causes of action, if any, related to any infringement of such copyrights or any other rights in the WORK. The undersigned warrants and represents that the WORK is original, that the undersigned has the right to grant to STAR FABRICS, INC. and its divisions the rights assigned herein and that the WORK does not infringe upon any rights of any third parties.

The undersigned agrees to execute all papers as may be necessary to secure for STAR FABRICS, INC. and its divisions the rights herein assigned.

SIGNATURE:

NAME(PRINTED):          Chris Brandt

ON BEHALF OF(PRINTED):      Baxter Fawcett

DATE:          11/27/06

# ASSIGNMENT OF COPYRIGHTS

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned
hereby irrevocably transfers, conveys, and assigns to STAR FABRICS, INC. and its divisions all
rights, title, and interest in and to the artwork or designs identified below (the "WORK") and any
registrations and copyright applications relating thereto and any renewals and extensions thereof,
and in and to all works  based upon, derived from, or incorporating the WORK:

| Lou | 7624 |
|---|---|
| Den | 7401 |
| Den | 7547 |
| St | 7436 |

Including all copyrights and all other rights of any kind throughout the world, together with all
claims and causes of action, if any, related to any infringement of such copyrights or any other
rights in the WORK. The undersigned warrants and represents that the WORK is original, that the
undersigned has the right to grant to STAR FABRICS, INC. and its divisions the rights assigned
herein and that the WORK does not infringe upon any rights of any third parties.

The undersigned agrees to execute all papers as may be necessary to secure for STAR FABRICS,
INC. and its divisions the rights herein assigned.

SIGNATURE: 

NAME(PRINTED): _Chris Bernard_

ON BEHALF OF(PRINTED): _Baxter Fawcett_

DATE: _11/24/06_

# EXHIBIT 3

